

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-13-00261-CR
_____

JOEL RAMIREZ, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A19222-1208; Honorable Robert W. Kinkaid, Jr., Presiding

September 10, 2013

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Joel Ramirez, Jr., was convicted of unlawful possession of a firearm[1] and sentenced to four years confinement and a $2,000 fine. The *Trial Court's Certification of Defendant's Right of Appeal* reflects that Appellant's case is a plea bargain case from which he has no right of appeal. The certification notwithstanding, Appellant filed a *pro se* notice of appeal.

---

[1]TEX. PENAL CODE ANN. § 46.04(a) (West 2011).

By letter dated August 8, 2013, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before August 28, 2013.

Appellant did not file a response. Because he has failed to file an amended certification showing a right of appeal and did not demonstrate grounds for continuing this appeal, we have no alternative but to dismiss this appeal based on the certification signed by the trial court. *See* TEX. R. APP. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.